# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON CARDOZA, | ) | 1:06cv1743 AWI DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) ) ) | ORDER OVERRULING OBJECTIONS TO THIRD AMENDED COMPLAINT AND REMANDING ACTION |
| v. | ) | |
| AGEE CONSTRUCTION CORPORATION, | ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

On December 21, 2006, Plaintiff Don Cardoza filed a motion to remand. The motion was heard on February 23, 2007, before the Honorable Dennis L. Beck, United States Magistrate Judge. On March 1, 2007, the Court issued an Order granting the motion to remand subject to Plaintiff filing a Third Amended Complaint which was consistent with Plaintiff's representations at the hearing and eliminated the basis for federal question jurisdiction. The Court granted Defendant 5 days in which to object to the Third Amended Complaint.

On March 5, 2007, Plaintiff filed a Third Amended Complaint. On March 12, 2007, Defendant filed an objection to the Third Amended Complaint arguing that the Third Amended Complaint did not remove federal question jurisdiction and therefore remand is improper.

A great portion of Defendant's objections to the Third Amended Complaint go to the merits of Plaintiff's allegations and are not relevant to the motion for remand. Defendant's remaining arguments as to the need for interpretation of the Collective Bargaining Agreement

1  and Arbitration Award are largely new arguments that were not presented at the hearing and are
2  in any event unpersuasive.  Whether or not the Arbitration Award required Defendant to reinstate
3  Plaintiff does not resolve Plaintiff's retaliation claim.  In addition, as discussed in the prior
4  Order, the Ninth Circuit has explicitly recognized that a claim is not preempted by Section 301 if
5  it merely requires reference to, as opposed to interpretation of, the provisions of a CBA.  *See, e.g.,*
6  *Beals v. Kiewit Pacific Co., Inc.*, 114 F.3d 892, 895 (9th Cir.1997); *Associated Builders &*
7  *Contractors, Inc. v. Local 302 Int'l Brotherhood of Electrical Workers*, 109 F.3d 1353, 1357 (9th
8  Cir.1997); *Ramirez v. Fox Television Station, Inc.,* 998 F.2d 743, 749 (9th Cir.1993) ("Fox errs
9  in equating 'reference' with 'interpret'").
10        Based on the foregoing, Defendant's Objections to the Third Amended Complaint are
11 OVERRULED and the Court HEREBY ORDERS this case REMANDED to the Fresno County
12 Superior Court.

15    IT IS SO ORDERED.
16    Dated:   **April 10, 2007**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE